**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Edwin K. Hunter and Hunter, Hunter & Sonnier, LLC v. Preston
                         Marshall, Individually and Rusk Capital Management, L.L.C.

Appellate case number:   01-16-00636-CV

Trial court case number: 2015-35950

Trial court:             11th District Court of Harris County

Appellees, Preston Marshall and Rusk Capital Management, L.L.C., have filed an "Unopposed Motion for Continuance of Oral Argument," which is scheduled for February 21, 2018, in order to "complete the appellate record in accordance with this Court's February 15, 2018 order." The motion is **granted**. The case will be set for submission at a later date.

No later than **30 days** from the date of this order, the parties shall file a report advising this Court of the status of the proceedings to supplement the clerk's record with the in-camera exhibits if such supplemental record containing the in-camera exhibits has not yet been filed with this Court.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually      ☐ Acting for the Court

Date: February 16, 2018